IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

YOLANDA BOZEMAN,

      Plaintiff,

v.

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY d/b/a
LINCOLN FINANCIAL GROUP,

      Defendant,               No. 3:10-cv-782-DRH

**ORDER**

**HERNDON, Chief Judge:**

      Before the Court is a joint stipulation for dismissal (Doc. 21), dismissing the case with prejudice, each party to bear its own costs. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court acknowledges the dismissal and the case is dismissed with prejudice, each party to bear its costs. The Court will close the file.

      **IT IS SO ORDERED.**

      Signed this 8th day of September, 2011.

Digitally signed by
David R. Herndon
Date: 2011.09.08
10:19:01 -05'00'

**Chief Judge
United States District Court**