IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**YOLANDA BOZEMAN,**

      **Plaintiff,**

**v.**

**THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY d/b/a
LINCOLN FINANCIAL GROUP,**

      **Defendant,**                                                No. 3:10-cv-782-DRH

## JUDGMENT IN A CIVIL CASE

      **DECISION BY COURT.** This matter is before the court for the purpose of docket control.

      **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on September 8, 2011, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                                        NANCY J. ROSENSTENGEL,
                                        CLERK OF COURT


                                BY:       */s/Sandy Pannier*
                                                                Deputy Clerk

Dated: September 8, 2011

                        Digitally signed by
                        David R. Herndon
                        Date: 2011.09.08
                        10:42:59 -05'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT